# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCOTT WECHSLER,<br><br>   *Plaintiff,*<br><br>v.<br><br>TRANS UNION, LLC,<br><br>   *Defendant.* | CIVIL ACTION<br><br>NO. 21-3085 |

## ORDER

**AND NOW**, this 20th day of April 2022, upon consideration of Defendant Trans Union's Motion for Judgment on the Pleadings (ECF 14), Plaintiff Scott Wechsler's Response (ECF 18), and Trans Union's Reply (ECF 19), it is hereby **ORDERED** that the Motion is **DENIED**.

                   BY THE COURT:

                   */s/ Gerald J. Pappert*
                   GERALD J. PAPPERT, J.