IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SCOTT WECHSLER,

        *Plaintiff*,

  v.

TRANS UNION LLC.,

        *Defendant*.

CIVIL ACTION
NO. 21-3085

## ORDER

**AND NOW**, this 9th day of June 2022, upon consideration of Defendant Trans Union LLC's Motion for *Pro Hac Vice* (ECF 35), it is hereby **ORDERED** that the Application of Evan R. Rutter is **GRANTED**.[1]

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.

---

[1] Counsel is directed to the United States District Court for the Eastern District of Pennsylvania's website to register for NextGen CM/ECF in the Eastern District.
https://www.paed.uscourts.gov/nextgen-cmecf